# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2845

_____

Richard M. Hedrick,

        Appellant,

        v.

Allen Pfeiffer; Gary A. Janssen; Dunn
L. Donald,

        Appellees.

\*   Appeal from the United States
\*   District Court for the
\*   District of Nebraska.

\*   [UNPUBLISHED]

_____

Submitted: February 5, 1999
Filed: April 5, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Richard M. Hedrick appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 suit against City of Waverly, Nebraska employees Allen Pfeiffer and Gary A. Janssen, and City attorney Donald L. Dunn, in their individual and official capacities. Having carefully reviewed the record and the parties' briefs, we conclude the district court's judgment was correct, and an extended

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

discussion is not warranted.  We also deny Hedrick's motion to assess excess costs against appellees' counsel.

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.